AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Matthew Mulford,<br><br>*Defendant(s)* | Case No.<br>1:18-MJ-4205-JDG |

**FILED**

OCT - 3 2018

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 2015 to the present** in the county of **Cuyahoga** in the **Northern** District of **Ohio**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846; and<br>18 U.S.C. § 1956(h) | Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances and Controlled Substance Analogues; and Conspiracy to Launder Money |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Bryon Green, Inspector
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: 10/03/2018

_____
*Judge's signature*

City and state: Cleveland, Ohio

U.S. Magistrate Judge Jonathan D. Greenberg
*Printed name and title*