AO 442 (Rev. 11/11) Arrest Warrant

FID # 10707147

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

FILED
2018 OCT -5 PM 12: 55
U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| United States of America | ) |
|---|---|
| v. | ) |
| Matthew Mulford, | ) Case No. 1:18-MJ-4205-JDG |
| | ) |
| | ) |
| | ) |
| Defendant | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Matthew Mulford,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846; and 18 U.S.C. § 1956(h) - Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances and Controlled Substance Analogues; and Conspiracy to Launder Money

Date: 10/03/2018

_Issuing officer's signature_

City and state: Cleveland, Ohio

U.S. Magistrate Judge Jonathan D. Greenberg
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/4/18, and the person was arrested on *(date)* 10/4/18
at *(city and state)* Panama City, FL

Date: 10/4/18

_Arresting officer's signature_ Conyers for USPS

L Conyers / USMS
*Printed name and title*