UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FILED**
DEC 18 2018
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:18MJ4205 |
| Plaintiff, | ) | |
| vs. | ) | **WAIVER OF DETENTION** |
| | ) | **HEARING AND ORDER** |
| MATTHEW MULFORD, | ) | |
| Defendant. | ) | Magistrate Judge Greenberg |

MATTHEW MULFORD, the above named defendant, accused of having violated Title 21, U.S.C., Section 846, and Title 18, U.S.C., Section 1956(h), having been advised of the nature of the charge and of his rights, and under advice of counsel, waives his right to a detention hearing and consents that he be held without bail pursuant to Title 18 U.S.C., Section 3142 (e) and (i), with the right to revisit the issue of detention at a later date should circumstances change.

_____
Defendant

_____
Counsel for Defendant

IT IS SO ORDERED.

Approved: _____
Jonathan D. Greenberg
U.S. Magistrate Judge

Date: 12-18-18