# APPENDIX "B"

_____
        PLAINTIFF

        vs.                              CASE NO. _____

_____                JUDGE JAMES S. GWIN
        DEFENDANT

## PLAINTIFF/DEFENDANT/JOINT/THIRD-PARTY EXHIBITS

| EXHIBIT I.D. | DESCRIPTION OF EXHIBIT | I.D. | OFFERED | OBJ. | ADMITTED | NOT ADMITTED |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |