IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19-CR-028 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW MULFORD, | ) | |
| | ) | **UNITED STATES' MOTION FOR A** |
| Defendant. | ) | **PRELIMINARY ORDER OF FORFEITURE** |

The United States of America respectfully requests that the Court review and approve the

attached proposed Preliminary Order of Forfeiture.  In support of this motion, the undersigned

counsel respectfully represents that defendant Matthew Mulford agreed to the forfeiture of the

subject properties (namely, 1.46355556 Bitcoin and an HP laptop Model 15I112dx) as part of his

written plea agreement (R. 13) entered at the change of plea hearing held on April 5, 2019.

Respectfully submitted,

Justin E. Herdman
U.S. Attorney, Northern District of Ohio

By:     /s/ James L. Morford                                .
        James L. Morford (Ohio: 0005657)
        Assistant United States Attorney, N.D. Ohio
        Carl B. Stokes U.S. Court House
        801 West Superior Avenue, Suite 400
        Cleveland, Ohio  44113
        216.622.3743 / Fax: 216.522.7499
        James.Morford@usdoj.gov

**CERTIFICATE OF SERVICE**

It is hereby certified that on this 8th day of April, 2019, a copy of the foregoing United States' Motion for a Preliminary Order of Forfeiture, with attached proposed Preliminary Order of Forfeiture, was filed electronically.  Notice of the filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ James L. Morford     .
James L. Morford (Ohio: 0005657)
Assistant United States Attorney, N.D. Ohio