IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19-CR-028 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE JAMES S. GWIN |
| v. | ) | |
| | ) | |
| MATTHEW MULFORD, | ) | |
| | ) | |
| Defendant. | ) | **PRELIMINARY ORDER OF FORFEITURE** |

    It appears to the Court that proper proceedings for the issuance of this Preliminary Order of Forfeiture have been had in this case as follows:

    1.    On January 16, 2019, a three (3) count Indictment (R. 8) was returned in the above-captioned case, which charged defendant Matthew Mulford as follows:

    Count 1: Drug Conspiracies, in violation of 21 U.S.C. § 846.

    Count 2: Distributing Controlled Substances by Means of the Internet, in violation of 21 U.S.C. § 841(h).

    Count 3: Money Laundering Conspiracy, in violation of 18 U.S.C. § 1956(h).

    2.    With respect to Counts 1 and 2, the forfeiture provision set forth in the Indictment specified, in part, as follows:

    The allegations contained in Counts 1 and 2 of this Indictment are hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853. As a result of these offenses, Defendant MATTHEW MULFORD shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such offenses; and, any and all

of the defendant's property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such offenses; including, but not limited to, the following:

    a.    1.46355556 Bitcoin recovered from MATTHEW MULFORD's electrum wallet on or about October 3, 2018.

    b.    HP laptop Model 15I112dx, Serial Number: 5CD751COVO, used by MATTHEW MULFORD and recovered on or about October 3, 2018.

3.    With respect to Count 3, the forfeiture provision set forth in the Indictment (R. 8) specified, in part, as follows:

The allegations contained in Count 3 of this Indictment are hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 982(a)(1). As a result of this offense, Defendant MATTHEW MULFORD shall forfeit to the United States all property, real and personal, involved in such offense, and all property traceable to such property; including, but not limited to, the following:

    a.    1.46355556 Bitcoin recovered from MATTHEW MULFORD's electrum wallet on or about October 3, 2018.

    b.    HP laptop Model 15I112dx, Serial Number: 5CD751COVO, used by MATTHEW MULFORD and recovered on or about October 3, 2018.

4.    A change of plea hearing as to defendant Mulford was held on April 5, 2019. Defendant Mulford withdrew his former plea of not guilty, executed a plea agreement (R. 13), and entered a plea of guilty to Counts 1-3 of the Indictment. (R. 12: Minutes of Change of Plea Hearing).

5.    With respect to forfeiture, the written plea agreement (R. 13) of defendant Mulford provided as follows:

a.)    Defendant Mulford agreed to the forfeiture of the following properties to the United States:

- 1.46355556 Bitcoin recovered from MATTHEW MULFORD's electrum wallet on or about October 3, 2018.

- HP laptop Model 15I112dx, Serial Number: 5CD751COVO, used by MATTHEW MULFORD and recovered on or about October 3, 2018.

b.) Defendant Mulford further agreed:

- The 1.46355556 Bitcoin is subject to forfeiture: (i) under 21 U.S.C. § 853(a)(1) as it constitutes - or was derived from - proceeds the defendant obtained, directly or indirectly, as the result of the commission of the drug offenses charged in Counts 1 and 2 of the Indictment; and, (ii) under 18 U.S.C. § 982(a)(1) as it was involved in the money laundering offense charged in Count 3 of the Indictment, or is traceable to such property.

b. The HP laptop Model 15I112dx, Serial Number: 5CD751COVO, is subject to forfeiture: (i) under 21 U.S.C. § 853(a)(2) as it was used – or was intended to be used - in any manner or part, to commit or to facilitate the commission of the drug offenses charged in Counts 1 and 2 of the Indictment; and, (ii) under 18 U.S.C. Section 982(a)(1) as it was involved in the money laundering offense charged in Count 3 of the Indictment.

c.) Defendant Mulford stated that he is the owner of the above-described properties, and that he will take whatever steps are necessary to effectuate the forfeiture of the properties to the United States; including, but not limited to, the execution of whatever agreements, stipulations, and/or other documents that are necessary to effectuate the forfeiture.

d.) Pursuant to Rule 32.2(b)(4)(A) of the Federal Rules of Criminal Procedure, defendant Mulford consented that the forfeiture of the above-described properties will become final as to him upon the Court's entry of the Preliminary Order of Forfeiture.

6. Based upon the foregoing, and pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture is entered as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED**

7. The United States shall seize and take control of the following property, and it hereby is forfeited to the United States under 21 U.S.C. § 853(a)(1) and 18 U.S.C. § 982(a)(1) for disposition in accordance with law, subject to the provisions of 21 U.S.C. § 853(n):

- 1.46355556 Bitcoin recovered from MATTHEW MULFORD's electrum wallet on or about October 3, 2018.

8. The United States shall seize and take control of the following property, and it hereby is forfeited to the United States under 21 U.S.C. § 853(a)(2) and 18 U.S.C. § 982(a)(1) for disposition in accordance with law, subject to the provisions of 21 U.S.C. § 853(n):

- HP laptop Model 15I112dx, Serial Number: 5CD751COVO, used by MATTHEW MULFORD and recovered on or about October 3, 2018.

9. Pursuant to 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, the United States shall publish notice of this Order on an official government internet site for at least 30 consecutive days.

10. Upon completion of publication, this Court will enter a final order in accordance with 21 U.S.C. § 853(n).

**SO ORDERED** this ___11th___ day of April, 2019.

_____s/ James S. Gwin_____
James S. Gwin
United States District Judge, N.D. Ohio

4