IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19-CR-028 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW MULFORD, | ) | |
| | ) | **UNITED STATES' MOTION FOR A** |
| Defendant. | ) | **FINAL ORDER OF FORFEITURE** |

The United States of America respectfully requests that the Court review and approve the attached proposed Final Order of Forfeiture. In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, the United States posted notice of the Preliminary Order of Forfeiture (R. 15) on an official government internet site for at least 30 consecutive days, beginning on April 13, 2019 and ending on May 12, 2019. No third party claims to the subject properties [namely, 1.46355556 bitcoin and HP laptop computer] were made as a result of the internet notification. (Docket Report).

Respectfully submitted,

Justin E. Herdman
U.S. Attorney, Northern District of Ohio

By: /s/ James L. Morford                       .
James L. Morford (Ohio: 0005657)
Assistant United States Attorney, N.D. Ohio
Carl B. Stokes U.S. Court House
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113
216.622.3743 / Fax: 216.522.7499
James.Morford@usdoj.gov

## CERTIFICATE OF SERVICE

    It is hereby certified that on this 17th day of June, 2019, a copy of the foregoing United States' Motion for a Final Order of Forfeiture, with attached proposed Final Order of Forfeiture – Re: 1.46355556 Bitcoin and HP Laptop Computer, was filed electronically. Notice of the filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

    /s/ James L. Morford                .
    James L. Morford (Ohio: 0005657)
    Assistant United States Attorney, N.D. Ohio