IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19-CR-028 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW MULFORD, | ) | |
| | ) | **FINAL ORDER OF FORFEITURE** |
| Defendant. | ) | Re: 1.46355 Bitcoin and HP Laptop Computer |

It appears to the Court that proper proceedings for the issuance of this Final Order of Forfeiture have been had in this case as follows:

1. By the Preliminary Order of Forfeiture (R. 15), filed on April 11, 2019, this Court ordered:

    a.) Under 21 U.S.C. § 853(a)(1) (drug proceeds) and 18 U.S.C. § 982(a)(1) (money laundering), the following property was forfeited to the United States for disposition in accordance with law, subject to the provisions of 21 U.S.C. § 853(n):

    • 1.46355556 Bitcoin recovered from MATTHEW MULFORD's electrum wallet on or about October 3, 2018.

    b.) Under 21 U.S.C. § 853(a)(2) (drug facilitation) and 18 U.S.C. § 982(a)(1) (money laundering), the following property was forfeited to the United States for disposition in accordance with law, subject to the provisions of 21 U.S.C. § 853(n):

    • HP laptop Model 15I112dx, Serial Number: 5CD751COVO, used by MATTHEW MULFORD and recovered on or about October 3, 2018.

2. Following the entry of a preliminary order of forfeiture, the United States is required to "publish notice of the order and of its intent to dispose of the property in such manner as the Attorney General may direct." *See*, 21 U.S.C. § 853(n)(1).

3. In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the Preliminary Order of Forfeiture (R. 15) was posted on an official government internet site for at least 30 consecutive days, beginning on April 13, 2019 and ending on May 12, 2019.

4. No third party claims to the subject properties were made as a result of the internet notification. (Docket Report).

5. Based upon the foregoing, and in accordance with 21 U.S.C. § 853(n)(7), this Final Order of Forfeiture is entered as follows: [1]

**IT IS ORDERED, ADJUDGED, AND DECREED:**

6. The following property is finally forfeited to the United States under 21 U.S.C. Section 853(a)(1) and 18 U.S.C. Section 982(a)(1), and no right, title, or interest shall exist in any other party:

- 1.46355556 Bitcoin recovered from MATTHEW MULFORD's electrum wallet on or about October 3, 2018.

7. The following property is finally forfeited to the United States under 21 U.S.C. Section 853(a)(2) and 18 U.S.C. § 982(a)(1), and no right, title, or interest shall exist in any other party:

---

[1] In this regard, it is noted that defendant Mulford has consented, pursuant to Rule 32.2(b)(4)(A) of the Federal Rules of Criminal Procedure, that the forfeiture of the subject properties would become final as to him upon the Court's entry of the Preliminary Order of Forfeiture. *See*, R. 15: Preliminary Order of Forfeiture, at p. 3, ¶ 5(d).

- HP laptop Model 15I112dx, Serial Number: 5CD751COVO, used by MATTHEW MULFORD and recovered on or about October 3, 2018.

8. The United States shall seize and take control of the properties, and shall dispose of them in accordance with law.

**SO ORDERED** this _____ day of June, 2019.

 

_____
James S. Gwin
United States District Judge, N.D. Ohio

3