**NORTHERN DISTRICT OF FLORIDA**
**Probation and Pretrial Services**
# MEMORANDUM



**DATE:**  July 8, 2020

**REPLY TO ATTN OF:**  Jordan Mitchell
U.S. Probation Officer
Pensacola, Florida

**SUBJECT:**  **Matthew Mulford**
**ND/OH Dkt. No: 1:19CR000028-JG(1)**
**ND/FL Dkt. No: 3:20CR00049-001/TKW**
**TRANSFER OF JURISDICTION (IN) REQUEST**

**TO:**  The Honorable T. Kent Wetherell II
U.S. District Judge

---

On July 18, 2019, Matthew Mulford was convicted in the Northern of District of Ohio on Count 1 of Drug Conspiracies, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C) and 21 U.S.C. § 846 and Count 2 of Distributing Controlled Substances by Means of the Internet, in violation of 21 U.S.C. § 841(h) and (b)(1)(C) and Count 3 of Money Laundering Conspiracy, in violation of 18 U.S.C. § 1956(h). Mr. Mulford was sentenced by the Honorable James S. Gwin, United States District Judge to 20 months imprisoned and 3 years of Supervised Release. He was court-ordered a $300 special monetary assessment.

On March 5, 2020, Mr. Mulford began his term of Supervised Release in the Northern District Florida. The Probation Office in the Northern District of Ohio, Cleveland Division, is requesting that we accept jurisdiction of this case.

Attached please find Probation Form 22, Transfer of Jurisdiction. Please sign Part 2 - Order Accepting Jurisdiction and return to my office at your convenience.

APPROVE _____

DISAPPROVE _____

DATE _____

JM/vn

Encls.: Prob 22
        Judgment
        Presentence