| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 1:19CR00028-JG(1) |
| | | DOCKET NUMBER *(Rec. Court)* 3:20CR00049-001/TKW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Northern District of Ohio | Cleveland |
| **FILED** | NAME OF SENTENCING JUDGE | |
| Matthew Mulford | The Honorable James S. Gwin, United States District Judge | |
| JUL 0 8 2020 | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 3/5/2020 | TO 3/24/2023 |
| CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO CLEVELAND | | |

OFFENSE

Count 1: Conspiracy to Distribute Controlled Substances, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846
Count 2: Distributing Controlled Substances by Means of Internet, in violation of 21 U.S.C. § 841(h)
Count 3: Conspiracy to Launder Money, in violation of 18 U.S.C. § 1956(h)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ NORTHERN _____ DISTRICT OF _____ OHIO _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ NORTHERN DISTRICT OF FLORIDA _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7/8/2020
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ NORTHERN _____ DISTRICT OF _____ FLORIDA _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/8/20
_____
Effective Date

_____
United States District Judge